UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMOND BAILEY,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE OFFICERS JOHN DOES NUMBERS 1-6, and NEW YORK CITY POLICE OFFICERS JANE DOES 1-6, individually and in their official capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

1:19-cv-01148-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 21, 2020, the Court held a status teleconference in this matter. Counsel for all parties were in attendance.

As stated at the conference, Defendants' Motion for Summary Judgment [ECF # 23] is DENIED without prejudice for failure to properly serve Plaintiff's Counsel. Plaintiff's motion to deem that summary judgment motion as fully briefed [ECF # 29] is DENIED as moot.

To the extent he intends to do so, Counsel for plaintiff is ordered to file his motion to withdraw no later than July 31, 2020.

**SO ORDERED.**

**Date:  July 22, 2020**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**